Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY RODRIGUEZ,** | Case No. |
| Plaintiff, | **COMPLAINT FOR VIOLATION OF FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT** |
| vs. | |
| **FINANCIAL CREDIT NETWORK, INC.,** | |
| Defendant. | |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3. Plaintiff, Kimberly Rodriguez ("Plaintiff"), is a natural person residing in Tulare county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4. At all relevant times herein, Defendant, Financial Credit Network, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6. Defendant has threatened that non-payment of the alleged debt would result in a negative reporting of the debt on Plaintiff's credit report,

including but not limited to, Defendant's collection letter dated September 7, 2010 wherein they have a credit bureau disclosure, threatening Plaintiff that "landlords, doctors, hospitals, and employers" may check credit report, in an attempt to threaten Plaintiff to pay the alleged debt prior to the negative reporting on Plaintiff's credit report. A true and correct copy of the September 7, 2010 collection letter is attached hereto as Exhibit "A".

7. On at least one occasion, Defendant said or implied that non-payment of the alleged debt would result in a legal action taken against Plaintiff, including but not limited to, on or about August 13, 2010, Dee, an employee of Defendant, contacted Plaintiff and demanded that Plaintiff pay $2,500.00 by no later than August 20, 2010 or Defendant would take Plaintiff to court. Also, on or about September 20, 2010, Defendant sent Plaintiff a letter through Plaintiff's counsel of an intent to file suit 10 days after the date of the letter, for which, to date, no suit has been filed against Plaintiff by Defendant. A true and correct copy of the September 20, 2010 letter is attached hereto as Exhibit "B".

8. Defendant has falsely represented the character, amount, and legal status of the alleged debt, including but not limited to, sending Plaintiff a collection letter dated July 5, 2010 with a total balance of $7,892.47and sending Plaintiff a collection letter dated September 7, 2010 with a total balance of $9,688.42, then sending Plaintiff, through Plaintiff's counsel, a collection letter

dated September 20, 2010 with a total balance of $2,971.57. A true and correct copy of the July 5, 2010 collection letter is attached hereto as Exhibit "C".

  9. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

  a) Falsely representing or implying that nonpayment of Plaintiff's debt would result in the seizure, garnishment, attachment, or sale of Plaintiff's property or wages, where such action is not lawful or Defendant did not intend to take such action (§1692e(4));
  b) Threatening to take an action against Plaintiff that cannot be legally taken or that was not actually intended to be taken (§1692e(5));
  c) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));
  d) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));
  e) Overshadowing the disclosures required by 15 USC §1692g(a) during the thirty-day dispute period (§1692g(b));
  f) Falsely representing that a legal proceeding has been, is about to be, or will be instituted unless payment of a consumer debt is made (Cal Civ Code §1788.13(j)); and
  g) Threatening Plaintiff that nonpayment of Plaintiff's debt may result in the arrest of Plaintiff or the seizure, garnishment, attachment or sale of any property or the garnishment or attachment of wages of Plaintiff, where such action was not in fact contemplated by the debt collector and permitted by the law (Cal Civ Code §1788.10(e)).

  10. As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and

Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

### COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates by reference all of the preceding paragraphs.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

    B.    Actual damages;

    C.    Statutory damages;

    D.    Costs and reasonable attorney's fees; and,

    E.    For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

12. Plaintiff reincorporates by reference all of the preceding paragraphs.

13. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

  A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

  B. Actual damages;

  C. Statutory damages for willful and negligent violations;

  D. Costs and reasonable attorney's fees,

  E. For such other and further relief as may be just and proper.

### **PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 8th day of October, 2010.

        By: /s Todd M Friedman
        **TODD M. FRIEDMAN (216752)**
        **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
        **369 S. Doheny Dr. #415**
        **Beverly Hills, CA 90211**
        **Phone: 877 206-4741**
        **Fax: 866 633-0228**
        **tfriedman@attorneysforconsumers.com**
        **Attorney for Plaintiff**

**EXHIBIT "A"**



# FINANCIAL CREDIT NETWORK, INC.

PO Box 3084, Visalia, CA 93278 • 1300 W Main St., Visalia, CA 93291
1610 State Street, Santa Barbara, CA 93101

**(559) 733-7550 • (800) 540-9011**

Office Hours (PT): Monday – Thursday: 8:00 am – 7:00 pm • Friday: 8:00 am – 6:00 pm • Saturday: 8:00 am – 12:00 pm

|  |  |  |  |
|---|---|---|---|
| Date: | 09-07-10 | Principal: | $6553.56 |
| FCN Account #: | 8104056 | Interest/ Late Payment Charge: | $3134.86 |
| Creditor: | YOUR CREDITORS | **Total Due:** | **$9688.42** |
| Client Account #: | 1354 | | |

## CREDIT BUREAU DISCLOSURE

There are three credit bureaus handling our information and reporting this to creditors when requested. Please remember, in the future your credit may be checked by landlords, doctors, hospitals and employers. Yes, employers may check your credit prior to hiring. Don't ignore this notice today and regret it tomorrow.

**IMPORTANT NOTICE:** This has been sent to you by a debt collector. Federal law requires we inform you that this is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Statement of Policy:** Our first obligation is to collect this account for the creditor. We will pursue all allowable methods necessary and economically feasible to collect this account. We recognize, however, that cooperation with persons who cooperate with us, who express a willingness to pay and who work toward settlement of their debts is in the best interest of that person, the creditor and Financial Credit Network.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS**
**AVISO: VEA EL LADO REVERSO PARA INFORMACIÓN IMPORTANTE Y OPCIONES DE PAGO**

IHWFCNI0137

Send the bottom portion of this notice back with your payment to be sure of proper credit.
Envié esta porción del aviso con su pago para que sea correctamente acreditado a su cuenta.

---

PO Box 3084
Visalia CA 93278-3084
ADDRESS SERVICE REQUESTED

| FCN ACCOUNT #<br>NÚMERO DE CUENTA | DATE<br>FECHA | PAY THIS AMOUNT<br>PAGUE ESTA CANTIDAD |
|---|---|---|
| 8104056 | 09-07-10 | $9688.42 |

☐ Indicate Address Corrections in Section 2 on Reverse.
Indique Cambio de Domicilio en la Sección 2 en el Reverso de este aviso.

Make Check/Money Order Payable To (Hace Cheque o Giro Postal Pagadero a):

**Financial Credit Network**
PO Box 3084
Visalia CA 93278-3084

8104056-37       393992555

Kimberly Rodriguez
409 W Oak View Dr
Visalia CA 93277-7523

☐ Enclosed is my check or money order
Envió adjunto mi cheque o giro

SHOW AMOUNT PAID HERE:
ESCRIBA LA CANTIDAD A PAGAR: ▶ $ [     ]



**EXHIBIT "B"**

Kimberly Rodriguez – Summary of accounts reviewed by Legal Manager

| FCN Account No. | Date of Service | Provider | Assigned Amount | Today's Balance |
|---|---|---|---|---|
| 8006596 | 11-22-09 | Mineral King Radiology | $280.74 | $ 302.73 |
| Validation notice mailed April 12, 2010 | | | | |
| 7991003 | 08-18-09 | Kaweah Delta Hospital | $304.43 | $ 335.46 |
| Validation notice mailed March 25, 2010 | | | | |
| 8040316 | 11-23-09 | Kaweah Delta Hospital | $ 894.48 | $ 967.26 |
| Validation notice mailed May 24, 2010 | | | | |
| 7691212 | 10-25-08 | Visalia Imaging | $1,018.91 | $1,207.34 |
| Validation notice mailed April 13, 2009 | | | | |
| 7647301 | 09-24-08 | Visalia Imaging | $115.11 | $137.50 |
| Validation notice mailed March 13, 2009 | | | | |
| 7957042 | 08-18-09 | Mineral King Radiology | $16.72 | $18.40 |
| Validation notice mailed February 11, 2010 | | | | |

Balance due today: $2,971.57

Interest accruing daily at an annual percentage rate of 10%.



20 Sep 2010

RODRIGUEZ, KIMBERLY            8006596
RODRIGUEZ, ERNEST
C/O TODD M FRIEDMAN ATTY
369 SOUTH DOHENY DR #415
BEVERLY HILLS CA 90211


TOTAL DUE:      2971.57
CREDITOR:     YOUR CREDITORS
REFERENCE:    6502123


NOTICE OF INTENT TO FILE LEGAL ACTION

THE ABOVE REFERENCED ACCOUNT HAS BEEN IDENTIFIED FOR POSSIBLE
LEGAL ACTION.  PLEASE BE ADVISED YOU HAVE 10 DAYS TO PAY YOUR
DELINQUENT BALANCE.  AFTER THE 10 DAYS YOUR ACCOUNT WILL BE
FORWARDED TO OUR ATTORNEY WITH OUR RECOMMENDATION TO FILE A LAWSUIT.

IF WE PREVAIL AND ARE AWARDED A JUDGMENT, YOU MAY BE LIABLE FOR
COURT COSTS AND ATTORNEY FEES.  OUR INVESTIGATION HAS LOCATED THE
FOLLOWING ASSET(S):

YOUR EMPLOYMENT AT:   AGRITECH ANALYTICS AND DON CEDILLO ELECTRIC
YOUR PROPERTY LOCATED AT:   409 W OAK VIEW DR, VISALIA CA 93277
APN NUMBER:   123-172-003

PLEASE CALL OUR OFFICE IF YOU WOULD LIKE TO MAKE OTHER ARRANGEMENTS
BEFORE WE PROCEED WITH THIS ACTION.


SINCERELY,

SUSAN MORADO
LEGAL SUPERVISOR



IMPORTANT NOTICE:   THIS HAS BEEN SENT TO YOU BY A DEBT COLLECTOR.
THE FEDERAL LAW REQUIRES WE INFORM YOU THAT THIS IS AN ATTEMPT TO
COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

**Visalia**  
1300 West Main Street  
Visalia, CA 93291

**Mailing Address**  
P.O. Box 3084, Visalia, CA 93278  
(800) 540-9011 • FAX (888) 326-4329

**Santa Barbara**  
1610 State Street  
Santa Barbara, CA 93101

**EXHIBIT "C"**

# FINANCIAL CREDIT NETWORK, INC.

PO Box 3084, Visalia, CA 93278 • 1300 W Main St., Visalia, CA 93291
1610 State Street, Santa Barbara, CA 93101

**(559) 733-7550 • (800) 540-9011**

Office Hours (PT): Monday – Thursday: 8:00 am – 7:00 pm • Friday: 8:00 am – 6:00 pm • Saturday: 8:00 am – 12:00 pm

| | | | |
|---|---|---|---|
| Date: | 07-05-10 | Principal: | $5072.85 |
| FCN Account #: | 7991003 | Interest/ Late Payment Charge: | $2819.62 |
| Creditor: | YOUR CREDITORS | **Total Due:** | **$7892.47** |
| Client Account #: | 4748875 | | |

This office must assume that you have no intention of paying this account.

We do get results using professional collection procedures in accordance with current laws.

We will eventually collect this balance, why not pay it now?

**IMPORTANT NOTICE:** This has been sent to you by a debt collector. Federal law requires we inform you that this is an attempt to collect a debt. Any information obtained will be used for that purpose.

**Statement of Policy:** Our first obligation is to collect this account for the creditor. We will pursue all allowable methods necessary and economically feasible to collect this account. We recognize, however, that cooperation with persons who cooperate with us, who express a willingness to pay and who work toward settlement of their debts is in the best interest of that person, the creditor and Financial Credit Network.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS**
**AVISO: VEA EL LADO REVERSO PARA INFORMACIÓN IMPORTANTE Y OPCIONES DE PAGO**

IHWFCNI012084

Send the bottom portion of this notice back with your payment to be sure of proper credit.
Envié esta porción del aviso con su pago para que sea correctamente acreditado a su cuenta.

PO Box 3084
Visalia CA 93278-3084
ADDRESS SERVICE REQUESTED

| FCN ACCOUNT # NÚMERO DE CUENTA | DATE FECHA | PAY THIS AMOUNT PAGUE ESTA CANTIDAD |
|---|---|---|
| 7991003 | 07-05-10 | $7892.47 |

☐ Indicate Address Corrections in Section 2 on Reverse.
Indique Cambio de Domicilio en la Sección 2 en el Reverso de este aviso.

Make Check/Money Order Payable To (Hace Cheque o Giro Postal Pagadero a):

**Financial Credit Network**
PO Box 3084
Visalia CA 93278-3084

7991003-2084        360720823

Kimberly Rodriguez
409 W Oak View Dr
Visalia CA 93277-7523

☐ Enclosed is my check or money order
Envió adjunto mi cheque o giro

SHOW AMOUNT PAID HERE:
ESCRIBA LA CANTIDAD A PAGAR: ▶