# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

KIMBERLY RODRIGUEZ,

        Plaintiff,

vs.

FINANCIAL CREDIT NETWORK, INC.,

        Defendant.
_____/

JUDGMENT IN A CIVIL ACTION

1:10-cv-01900 OWW

    Pursuant to Federal Rule of Civil Procedure Section 68, judgment is entered in this action in favor of Plaintiff Kimberly Rodriguez, and against Defendant Financial Credit Network, Inc. in the total amount of $2,001.00. Plaintiff shall be awarded reasonable attorney's fees and costs incurred in an amount to be mutually agreed upon by the parties, or if no agreement is reached in an amount to be determined by the Court on application by Plaintiff's Counsel.

DATED: March 31, 2011                  VICTORIA C. MINOR, Clerk

                                              /s/ RENEE GAUMNITZ
                                    By:  Renee Gaumnitz,
                                          Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com